# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **YAHAIRA RAMOS**<br>    Plaintiff,<br><br>v.<br><br>**FOCUS RECEIVABLES MANAGEMENT, LLC**<br>    Defendant, | )<br>)<br>)<br>)<br>) Civil Action No. 1:13-cv-12941-MLW<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Plaintiff Yahaira Ramos and Focus Receivables Management, LLC hereby stipulate to a voluntary dismissal of this action between them with prejudice and each of them to bear their own costs and attorney fees.

RESPECTFULLY SUBMITTED:

| YAHAIRA RAMOS | FOCUS RECEIVABLES MANAGEMENT, LLC |
|---|---|
| By her attorney, | By its attorneys, |
| /s/ Kevin V. K. Crick | /s/ Christopher P. Flanagan |
| Kevin Crick, Esq. | Christopher P. Flanagan, Esq. (BBO#567075) |
| BBO # 680950 | /s/ Christopher J. Seusing |
| Consumer Rights Law Firm, PLLC | Christopher J. Seusing, Esq. (BBO# 667409) |
| 231 Sutton St., Suite 1A | Wilson, Elser, Moskowitz, Edelman & Dicker, LLP |
| North Andover, Massachusetts, 01845 | 260 Franklin St., 14th Floor |
| Phone: (978) 420-4747 | Boston, MA 02110-3112 |
| Fax: (978) 409-1846 | Phone: 1-617-422-5300 |
| Email: kevinc@consumerlawfirmcenter.com | Fax: 1-617-423-6917 |
|  | Email#1: Christopher.Flanagan@WilsonElser.com |
|  | Email#2: christopher.seusing@wilsonelser.com |

Dated: March 20, 2014

2

## PROOF OF SERVICE

We hereby certify that on March 20, 2014, a true copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.

/s/ Christopher P. Flanagan, Esq.

/s/ Christopher J. Seusing, Esq.